IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00482-RM-KLM

LNV CORPORATION, a Nevada Corporation,

    Plaintiff,

v.

DOUGLAS A. DRAGOO,
ELIZABETH J. DRAGOO,
THE DRAGOO FAMILY TRUST (1996),
THE DOUGLAS A. DRAGOO AND ELIZABETH J. DRAGOO FAMILY TRUST (2004),
THE AMENDED AND RESTATED DRAGOO FAMILY TRUST (2009),
BKD, LLP, as U.S. Agent for the Amended and Restated Dragoo Family Trust (2009), and
JOHN DOES 1 THROUGH 30,

    Defendants.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Defendants Douglas A. Dragoo, Elizabeth J. Dragoo, the Dragoo Family Trust (1996), the Douglas A. Dragoo and Elizabeth J. Dragoo Family Trust (2004), and the Amended and Restated Dragoo Family Trust (2009)'s (collectively, the "Dragoo Defendants") **Motion to Restrict Public Access to Complaint Pursuant to D.C.COLO.LCivR 7.2** [Docket No. 24; Filed March 22, 2013] (the "Motion to Restrict"); on the Dragoo Defendants' **Motion to Stay These Proceedings** [Docket No. 25; Filed March 22, 2013] (the "First Motion to Stay"); on the Dragoo Defendants' **Motion to Stay These Proceedings** [Docket No. 29; Filed March 26, 2013] (the "Second Motion to Stay"); on the Dragoo Defendants' **Motion to Reschedule Scheduling Conference** [Docket No. 34; Filed April 11, 2013] (the "Motion to Reschedule"); and on Plaintiff's **Unopposed Motion for Stay Pending Consolidation** [Docket No. 39; Filed April 29, 2013] (the "Third Motion to Stay").

    On April 29, 2013, Plaintiff filed an Unopposed Motion to Consolidate Civil Action Nos. 13-cv-00482-MSK-KLM and 13-cv-00483-PAB-KLM and for Leave to File Consolidated Amended Complaint [#40] (the "Motion to Consolidate"). On May 1, 2013, both Civil Action Nos. 13-cv-00482 and 13-cv-00483 were reassigned to District Judge Raymond P. Moore, upon his appointment to the bench. As part of the Motion to

Consolidate, Plaintiff is seeking leave to file one Consolidated Amended Complaint.

IT IS HEREBY **ORDERED** that the Motion to Restrict [#24] is **DENIED as moot**. The Court has already determined the issue of public access to the Complaint in Minute Order #38.

In the Third Motion to Stay, Plaintiff asserts that, if the Motion to Consolidate is granted, it will file a Consolidated Amended Complaint governing both cases, that the stay will enable Defendants to prepare a single responsive pleading instead of two, and that a brief stay will promote the efficiency of both Civil Action Nos. 13-cv-00482 and 13-cv-00483. In light of these considerations,

IT IS FURTHER **ORDERED** that the Unopposed Third Motion to Stay [#39] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that this matter is **STAYED** pending the District Judge's determination of the Motion to Consolidate [#40].

IT IS FURTHER **ORDERED** that the First Motion to Stay [#25] and the Second Motion to Stay [#29] are **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Motion to Reschedule [#34] is **GRANTED in part**. The Scheduling Conference set for June 18, 2013 at 10:30 a.m. is **VACATED**. It shall be reset after the District Judge's determination of the Motion to Consolidate [#40].

Dated: June 3, 2013